IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
EASTERN DIVISION

- - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANY AND ALL FUNDS ON DEPOSIT IN ) <br> TD BANK ACCOUNT xxxxx6510, ) <br> LOCATED IN BROOKLYN, NY, HELD IN ) <br> THE NAME OF TJ DISCOUNT AUTO ) <br> WAREHOUSE, INC. UP TO AND ) <br> INCLUDING THE SUM OF ) <br> $1,017,932.80, AND ALL PROCEEDS ) <br> TRACEABLE THERETO, ) <br> ) <br> Defendant In Rem.    ) | MC-12-0080 (DLI) |

- - - - - - - - - - - - - - - - - X

## DECLARATION OF PUBLICATION

According to my review of the electronic database maintained by the Department of Justice, the attached notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 14, 2012 and ending on March 14, 2012 as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, and evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 15, 2012.

*Maritza Arroyo*
Maritza Arroyo
FSA Paralegal

Attachment 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK
# COURT CASE NUMBER: MC-12-0080; NOTICE OF FORFEITURE ACTION

Pursuant to 31 U.S.C. § 5317, the United States filed a verified Complaint for Forfeiture against the following property:

Any and all funds on deposit in TD Bank account xxxxx6510, located in Brooklyn, New York, held in the name of TJM Discount Auto Warehouse, Inc. up to and including the sum of $477,380.51 (12-IRS-000202) which was seized on or about November 28, 2011 at 211 Montague Street, located in Brooklyn, NY

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (February 14, 2012) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 225 Cadman Plaza East, Brooklyn, NY  11201, and copies of each served upon Assistant United States Attorney Brian Morris, 271 Cadman Plaza East, 7th Floor, Brooklyn, NY  11201, or default and forfeiture will be ordered.  See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 14, 2012 and March 14, 2012. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Any and all funds on deposit in TD Bank AccountNo. xxxxx6510, located in Brooklyn, NY

**Court Case No:** MC-12-0080
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/14/2012 | 24.0 | Verified |
| 2 | 02/15/2012 | 24.0 | Verified |
| 3 | 02/16/2012 | 24.0 | Verified |
| 4 | 02/17/2012 | 24.0 | Verified |
| 5 | 02/18/2012 | 24.0 | Verified |
| 6 | 02/19/2012 | 24.0 | Verified |
| 7 | 02/20/2012 | 24.0 | Verified |
| 8 | 02/21/2012 | 24.0 | Verified |
| 9 | 02/22/2012 | 24.0 | Verified |
| 10 | 02/23/2012 | 24.0 | Verified |
| 11 | 02/24/2012 | 24.0 | Verified |
| 12 | 02/25/2012 | 24.0 | Verified |
| 13 | 02/26/2012 | 24.0 | Verified |
| 14 | 02/27/2012 | 24.0 | Verified |
| 15 | 02/28/2012 | 24.0 | Verified |
| 16 | 02/29/2012 | 24.0 | Verified |
| 17 | 03/01/2012 | 24.0 | Verified |
| 18 | 03/02/2012 | 24.0 | Verified |
| 19 | 03/03/2012 | 24.0 | Verified |
| 20 | 03/04/2012 | 24.0 | Verified |
| 21 | 03/05/2012 | 24.0 | Verified |
| 22 | 03/06/2012 | 24.0 | Verified |
| 23 | 03/07/2012 | 23.4 | Verified |
| 24 | 03/08/2012 | 24.0 | Verified |
| 25 | 03/09/2012 | 24.0 | Verified |
| 26 | 03/10/2012 | 24.0 | Verified |
| 27 | 03/11/2012 | 24.0 | Verified |
| 28 | 03/12/2012 | 24.0 | Verified |
| 29 | 03/13/2012 | 24.0 | Verified |
| 30 | 03/14/2012 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.